COMMONWEALTH of Pennsylvania,
Respondent

v.

James CANADY, Petitioner.

Supreme Court of Pennsylvania.

July 9, 2013.

### ORDER

PER CURIAM.

AND NOW, this 9th day of July 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether petitioner's mandatory sentence of life imprisonment without parole for a seventeen year old is unconstitutional under both the United States and Pennsylvania constitutions?

Allocatur is **DENIED** as to all other issues. The part of the Superior Court's Order affirming petitioner's mandatory life sentence for first-degree murder is **VACATED** and the case is **REMANDED** to the trial court for resentencing in a manner consistent with *Commonwealth v. Batts*, —— Pa. ——, 66 A.3d 286, 2013 WL 1200252 (2013).

COMMONWEALTH of Pennsylvania,
Respondent

v.

Duane JEMISON, Jr., Petitioner.

Supreme Court of Pennsylvania.

July 10, 2013.

### ORDER

PER CURIAM.

AND NOW, this 10th day of July, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

[Whether] [i]n a prosecution for possession of a firearm by a person not permitted to possess one, the prosecution should no longer be permitted to introduce the record of the disqualifying criminal conviction when the defendant is willing to stipulate that he is within the class of persons prohibited from possessing firearms.

In answering this question, the parties are directed to address whether Pennsylvania should follow *Old Chief v. United States,* 519 U.S. 172, 117 S.Ct. 644, 136 L.Ed.2d 574 (1997), and overrule *Commonwealth v. Stanley,* 498 Pa. 326, 446 A.2d 583 (1982).